UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:25-CR-1-12 |
| | ) | |
| QUDARIOUS HAWKINS | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about August 12, 2025, Qudarious Hawkins (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 846 (Doc. 668);

WHEREAS, on September 9, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- A Glock, .40 caliber pistol, S/N: BCSU520[1] and associated ammunition;

- A Draco, 7.62 mm caliber rifle, S/N PMD38737 and associated ammunition;

- A DTI, 5.56mm caliber rifle, S/N B77638 and associated ammunition; and

- A Glock, model 19, 9mm pistol, S/N: AGRU837 and associated ammunition

(the "Subject Property") was property forfeitable to the United States (Doc. 44);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive

---

[1] The Preliminary Order of Forfeiture (Doc. 733) incorrectly referenced the serial number of the Glock, .40 caliber pistol, as S/N: BCSU4520; however the United States has corrected the serial number to S/N: BCSU520, as reflected accurately above. The Notice of Forfeiture (Doc. 813) and Declaration of Publication (Docs. 1032 and 1032-1) also reflect the accurate serial number.

days beginning September 18, 2025, through and including October 17, 2025 (Docs. 1032 and 1032-1 at 3), Notice of Forfeiture was filed on October 21, 2025 (Doc. 813); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

SO ORDERED this 22 day of April 2026.

*Signature on the following page.*

2

HONORABLE LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3